IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SHAMARCUS CARTER, )
    Plaintiff, )
 )
v. ) No. 3:18-cv-1229-S (BT)
 )
BRYAN C. MITCHELL, ET AL., )
    Defendants. )

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Signed this 18th day of September, 2018.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE